```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


DIGITAL IMPACT INC.,         )
                             )
          Plaintiff(s),      )   No. C 05-0636 SBA (BZ)
                             )
     v.                      )   **ORDER SCHEDULING TELEPHONIC**
                             )   **CONFERENCE RE DEVISING A**
BIGFOOT INTERACTIVE INC.,    )   **SETTLEMENT CONFERENCE**
                             )   **SCHEDULE FOR PATENT CASE**
          Defendant(s).      )
_____)
DIGITAL IMPACT INC.,         )
                             )   and related case
          Plaintiffs(s)      )
     v.                      )   No. C 05-0990 SBA (BZ)
                             )
YESMAIL, INC.,               )
                             )
          Defendant(s)       )
_____)
```

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Monday, December 5, 2005, at 2:00 p.m.** to discuss the settlement process. Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093**. In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: December 1, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\DIGITAL IMPACT TEL CONF. ORDER.wpd

1