# HellerEhrman
ATTORNEYS

April 20, 2006

*Via Facsimile*

RECEIVED
APR 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Peter E. Gratzinger
Peter.Gratzinger@hellerehrman.com
Direct (650) 324-6979
Direct Fax (650) 324-6018
Main +1.650.324.7000
Fax +1.650.324.0638
39438.0008

Magistrate Judge Bernard Zimmerman
U.S. District Court Northern District California
450 Golden Gate Avenue
15th Floor, Courtroom 6
San Francisco, CA 94102

Re:  *Digital Impact, Inc. v. Yesmail, Inc.*, Case No. C05-0990 SBA (BZ)

Dear Magistrate Zimmerman:

    Heller Ehrman LLP represents Defendant Yesmail, Inc. in the above referenced matter. The parties and counsel have met and conferred regarding the Settlement Conference scheduled for Friday, April 21, 2006 at 9:00 am. The parties are continuing to make progress toward a settlement and have agreed that a continuance of the Settlement Conference would be useful toward that end. The parties therefore respectfully request a continuance of the settlement conference currently scheduled for tomorrow at 9:00 am.

Sincerely,

Peter E. Gratzinger

cc:  All Counsel of Record Via Email

4/20/2006
The settlement conf. scheduled for Friday, 4/21/06 is continued at the parties' request. The court will issue an order with a new date at a later time.

GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Heller Ehrman LLP   275 Middlefield Road   Menlo Park, CA 94025-3506   www.hellerehrman.com

Anchorage    Beijing    Hong Kong    Los Angeles    Madison, WI    New York    San Diego    San Francisco    Seattle
Silicon Valley    Singapore    Washington, D.C.