```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


DIGITAL IMPACT, INC.,          )
                               )
                               )       No. C05-0990 SBA (BZ)
            Plaintiff(s),      )
                               )
       v.                      )       SCHEDULING ORDER
                               )
YESMAIL, INC.,                 )
                               )
                               )
            Defendant(s).      )
                               )
_____)
```

Following a telephone discussion in which counsel for both side participated, **IT IS HEREBY ORDERED** as follows:

1. The party principals are directed to meet once more, outside the presence of counsel, on or before **May 31, 2006.**

2. A further telephone conference to discuss the progress of the negotiations is scheduled for **Thursday, June 8, 2006 at 3:00 p.m.** Counsel for plaintiff will get counsel for defendant on the phone and contact chambers at **415-522-4093**.

3. **IT IS FURTHER ORDERED** that in the event this case is not settled, a settlement conference is scheduled for **Thursday,**

1 | **July 6, 2006, at 9:00 a.m.** in Courtroom G, 15th Floor, Federal
2 | Building, 450 Golden Gate Avenue, San Francisco, California
3 | 94102.  The previously issued settlement conference order
4 | remains in full force and effect.
5 | DATED: May 9, 2006

                                              _____
                                                    Bernard Zimmerman
                                              United States Magistrate Judge

G:/bzall/-refs/refs.06/digitalimpact.yesmail.sched.order.wpd