UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL IMPACT, INC., ) | |
| ) | |
| ) | No. C05-0990 SBA (BZ) |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| YESMAIL, INC., ) | **ORDER RE SUPPLEMENTAL** |
| ) | **SETTLEMENT CONFERENCE** |
| ) | **STATEMENTS** |
| ) | |
| Defendant(s). ) | |
| ) | |

By **noon on Wednesday, July 5, 2006** each party shall lodge with the court and serve upon the other side a supplemental settlement conference statement advising me of that party's current settlement position and any other information the parties wish to include in their statements. Counsel may e-mail their statements to the following address:

bzpo@cand.uscourts.gov

DATED: June 30, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

g:/bzall/-refs/refs.06/bigfoot.supp.stmt.ord.wpd